IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:12CR3082** |
| vs. | ) | |
| | ) | **TRIAL ORDER** |
| **GARY W. HARTLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defense counsel has notified the court that the defendant does not wish to change his plea and wishes to proceed with trial. For that reason, the Change of Plea hearing previously scheduled for November 4, 2013 is cancelled and the case will be scheduled for trial.

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, February 11, 2014 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. The time between **today's date and February 11, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Any motions for a continuance of this trial date shall be electronically filed on or before **January 31, 2014** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1. Counsel for the United States shall confer with defense counsel and, no later than **February 4, 2014**, advise the court of the anticipated length of trial.

DATED October 30, 2013.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**